No. 97–8849. SHEPHERD v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 97–1408. FLORIDA v. GONZALEZ. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▇▇▇▇▇▇

No. 97–1569. CALDERON, WARDEN v. BLOOM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▇▇▇▇▇▇

No. 97–1562. WHITNER v. SOUTH CAROLINA; and CRAWLEY v. SOUTH CAROLINA. Sup. Ct. S. C. Motion of National Association of Alcoholism and Drug Abuse Counselors et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. Reported below: 328 S. C. 1, 492 S. E. 2d 777 (first judgment).

No. 97–1579. ZENITH/KREMER WASTE SYSTEMS, INC., ET AL. v. WESTERN LAKE SUPERIOR SANITARY DISTRICT. Sup. Ct. Minn. Motions of Waste Management of Minnesota, Inc., National Solid Wastes Management Association, and BFI Waste Systems of North America, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. ▇▇▇▇▇▇

No. 97–1749 (A–717). DEDHIA v. UNITED STATES. C. A. 6th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied. Certiorari denied. ▇▇▇▇▇

No. 97–6954. JOHNSON v. KALOKATHIS, 522 U. S. 1121;

No. 97–7474. NOVOSAD v. NEW MEXICO BOARD OF PHARMACY ET AL., *ante*, p. 1025;

No. 97–7493. HALL v. SHELBY COUNTY GOVERNMENT ET AL., 522 U. S. 1026;

No. 97–7512. IN RE ALSTON, *ante*, p. 1019;

No. 97–7611. IN RE FOLLETT, 522 U. S. 1106;

No. 97–7675. THOMPSON v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL., *ante*, p. 1050;

No. 97–7877. CARGILL v. TURPIN, WARDEN, *ante*, p. 1080;

No. 97–7896. ALI-BEY v. DEPARTMENT OF JUSTICE ET AL., *ante*, p. 1052;

No. 97–7901.   MURRAY v. UNIVERSITY OF MARYLAND MEDICAL SYSTEMS, *ante*, p. 1081;

No. 97–7968.   COOPER v. PRUNTY, WARDEN, ET AL., *ante*, p. 1052;

No. 97–8130.   McQUOWN v. SAFEWAY, INC., *ante*, p. 1064;

No. 97–8185.   POWELL v. DEPARTMENT OF THE AIR FORCE, *ante*, p. 1084; and

No. 97–8500.   IN RE FLOWERS, *ante*, p. 1071.   Petitions for rehearing denied.